LEONARD K. RHINELANDER, Appellant, *v.* ALICE J. RHINELANDER, Respondent.

*Husband and wife — marriage — action to annul marriage on ground of fraud.*

*Rhinelander* v. *Rhinelander*, 219 App. Div. 189, affirmed.

(Argued March 1, 1927; decided March 29, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 11, 1927, affirming a judgment in favor of defendant entered upon a verdict in an action to annul a marriage upon the ground of fraud in that defendant was a mulatto and did not inform plaintiff of that fact before marriage, but represented to him that she was not at all of colored blood.

*Isaac N. Mills* and *Leon R. Jacobs* for appellant.

*Samuel F. Swinburne, Lee Parsons Davis* and *Richard E. Keogh* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.